UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                NOTICE RE: CHANGE OF
                                                TIME OF V.O.S.R. HEARING

      -against-

                                                7:11-CR-00629 (CS) (8)



      Terrell Lucas,
                        Defendant(s).
------------------------------------------------------------X


The Violation of Supervised Release hearing previously scheduled before this Court for **June 25, 2024 at 3:15 p.m.** will be held at **3:45 p.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                /s/ Walter Clark, Courtroom Deputy

Dated:  June 24, 2024
         White Plains, New York