UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
        United States of America,

                                                NOTICE RE: CHANGE OF
                                                TIME OF CONFERENCE

        -against-

                                                7:11-CR-00629 (CS) (8)

        Terrell Lucas,
                        Defendant(s).
-----------------------------------------------------------X

The Violation of Supervised Release conference previously scheduled before this Court for **December 12, 2025 at 10:00 a.m.** will be held at **9:45 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                            /s/ Walter Clark, Courtroom Deputy

Dated:  December 5, 2025
         White Plains, New York